Robert E. Sabido, OSB No. 96416
rsabido@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:  (503) 323-9000
Facsimile:   (503) 323-9019

　　　Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| LEE LADYGA,<br><br>　　　Plaintiff,<br><br>v.<br><br>SAGE CAPITAL RECOVERY, LLC,<br><br>　　　Defendant. | Case No. CV-11-6336 HO<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties that all of plaintiff's claims against defendant shall be dismissed with prejudice and without attorney fees or costs to either party.

DATED: February 2, 2012

OLSEN DAINES, PC　　　　　　　　　　　　COSGRAVE VERGEER KESTER LLP


/s/ Michael Fuller　　　　　　　　　　　　　　/s/ Robert E. Sabido
Michael Fuller, OSB No. 09357　　　　　　Robert E. Sabido, OSB No. 96416
Attorneys for Plaintiff　　　　　　　　　　　Attorneys for Defendant

/ / /

/ / /

/ / /

Page 1 -  STIPULATED JUDGMENT OF DISMISSAL                                            1425579

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

Based on the parties' stipulation, it is

ADJUDGED that all of plaintiff's claims against defendant are dismissed with prejudice and without attorney fees or costs to either party.

DATED: February 6, 2012

Michael R. Hogan
United States District Court Judge

Page 2 -  **STIPULATED JUDGMENT OF DISMISSAL**                                    1425579

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000